IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **LAUREN WENTWORTH PROPERTIES LLC,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **AUTO OWNERS INSURANCE COMPANY,** : <br> : <br> **Defendant.** : | **CASE NO:** <br> **7:25-cv-115–WLS** |

## **ORDER**

A discovery conference was held in the above-styled action on November 18, 2025. This Order memorializes that conference.

Initially, the Court noted that on November 17, 2025, Plaintiff filed a Motion for Leave to File Plaintiff's Motion to Remand Out of Time (Doc. 9) ("Late Remand Motion"). Defendant did not oppose the extension of time, and Plaintiff's Motion to Remand (Doc. 10) ("Motion to Remand") was filed November 17, 2025. An Order (Doc. 9) granting the Late Remand Motion was entered on November 18, 2025.

Upon its review of the Record including the proposed Motion to Remand, discussion with counsel, and in the interest of judicial economy, the Court suspended the discovery conference pending resolution of the Motion to Remand.[1] Thereafter, if necessary, the date for the discovery conference to recommence will be set by separate Order.

**SO ORDERED**, this 19th day of November 2025.

                                                **/s/W. Louis Sands**
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**

---

[1] The parties may conduct such discovery as they may mutually agree. However, the Court will not address discovery disputes until such time as the scheduling conference has been held and the Discovery and Scheduling Order has been entered and is in place.