IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

LAUREN WENTWORTH PROPERTIES LLC,　　*

　　　　　　Plaintiff,　　　　　　　　*

v.　　　　　　　　　　　　　　　Case No.  7:25-cv-115 (WLS)

　　　　　　　　　　　　　　*

AUTO OWNERS INSURANCE COMPANY,

　　　　　　　　　　　　　　*

　　　　　　Defendant.

　　　　　　　　　　　　　　*

## **J U D G M E N T**

Pursuant to this Court's Order dated March 27, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Clinch County, Georgia.

This 27th day of March, 2026.

　　　　　　　　　　David W. Bunt, Clerk


　　　　　　　　　　s/ Katie Logsdon, Deputy Clerk